NUMBER 13-03-515-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


_________________________________________________________


IGNACIO CHAVEZ, INDIVIDUALLY AND ON BEHALF 

OF THE ESTATE OF ESTHER F. CHAVEZ, ET AL., Appellants,


v.



ALFONSO OCHOA, M.D., Appellee.

_________________________________________________________


On appeal from the 332nd District Court


of Hidalgo County, Texas.


_________________________________________________________


MEMORANDUM OPINION



Before Justices Hinojosa, Yañez, and Garza


Opinion Per Curiam



 Appellants, IGNACIO CHAVEZ, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF
ESTHER F. CHAVEZ, ET AL., perfected an appeal from a judgment entered by the 332nd
District Court of Hidalgo County, Texas, in cause number C-1938-00-F(1). The clerk's record
was filed on December 22, 2003. No reporter's record was filed. Appellants' brief was due
on January 21, 2004. To date, no appellate brief has been received.

 When the appellant has failed to file a brief in the time prescribed, the Court may
dismiss the appeal for want of prosecution, unless the appellant reasonably explains the
failure and the appellee is not significantly injured by the appellant's failure to timely file a
brief. Tex. R. App. P. 38.8(a)(1).

 On February 4, 2004, notice was given to all parties that this appeal was subject to
dismissal pursuant to Tex. R. App. P. 38.8(a)(1). Appellants were given ten days to explain
why the cause should not be dismissed for failure to file a brief. To date, no response has
been received.

 The Court, having examined and fully considered the documents on file, appellants'
failure to file a proper appellate brief, this Court's notice, and appellants' failure to respond,
is of the opinion that the appeal should be dismissed for want of prosecution. The appeal
is hereby DISMISSED FOR WANT OF PROSECUTION.

 PER CURIAM



Opinion delivered and filed

this the 11th day of March, 2004.